UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASHON HINES,

                                 Plaintiff,

                -against-

NEW YORK STATE DIVISION OF HUMAN
RIGHTS STAFF,

                                 Defendant.

21-CV-4629

CIVIL JUDGMENT

For the reasons stated in the September 13, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 13, 2022
         New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge